RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, et al., Respondents, v. LOCKHEED AIRCRAFT CORPORATION et al., Defendants, and CURTISS-WRIGHT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 769.]

In the Matter of IRWIN SLATER, an Attorney (Admitted to the Bar under the Name of IRVING SLUTZKIN).— Motion for leave to appeal to the Court of Appeals or for reargument and other relief in all respects denied. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

ARTHUR M. TIBER v. CECIL B. TIBER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See *ante,* p. 773.]

PAULINE JASNE v. LOUIS J. JASNE.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 775.]

MICHAEL KELLY, Respondent, v. OTIS ELEVATOR COMPANY, Appellant and Third-Party Plaintiff-Appellant. BARLOW-MEAGHER CO., INC., Third-Party Defendant-Respondent.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ. [See *ante,* p. 363; 284 App. Div. 804.]

ABBOT A. LANE v. MACDONALD BROS., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 773.]

In the Matter of SEMPLE SCHOOL FOR GIRLS, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [351 Riverside Drive, Borough of Manhattan.] — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante,* p. 769.]

CAROL KINCAID, by ELISABETH D. KINCAID, Her Guardian ad Litem, et al., Respondents, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Defendant, and EMILY J. BLUMENTHAL, as Executrix of A. PAM BLUMENTHAL, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See *ante,* p. 782.]

DAVID S. MEYER v. LEON FINLEY.— Motion for reargument or for alternative relief in all respects denied, with $10 costs. Present — Dore. J. P., Cohn, Callahan and Botein, JJ. [See *ante,* p. 706.]